IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ISAAC WINFREE and<br>WILLIAM SEARCY JR.,<br><br>    Plaintiffs,<br><br>v.<br><br>SOUTHERN HEALTH PARTNERS,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  No. 3:14-cv-01269<br>)<br>)  Judge Campbell<br>)<br>) |

## ORDER

Plaintiffs Isaac Winfree and William Search Jr., both inmates or pretrial detainees incarcerated at the Wilson County Jail in Lebanon, Tennessee, have filed a *pro se* complaint in this Court under 42 U.S.C. § 1983. Although one of the plaintiffs, Isaac Winfree, has submitted an Application to Proceed *in Forma Pauperis* (ECF No. 2), plaintiff William Searcy Jr. has not submitted such an application.

A complaint may not be filed as a civil action or considered on the merits unless it is accompanied by the appropriate fee, 28 U.S.C. § 1914(a), or by an application to proceed *in forma pauperis*, 28 U.S.C. § 1915(a)(1). The latter, to be considered by the court, must be signed and notarized by an appropriate prison official as set forth in Administrative Order 93, and accompanied by a certified copy of the plaintiff's trust fund account statement (or institutional equivalent) for the 6-month period immediately preceding the filing of the complaint, obtained from the appropriate official at each prison in which the plaintiff has been confined during that 6-month period. 28 U.S.C. § 1915(a)(2).

If Mr. Searcy is indigent and seeks to have the Court consider his claims, he must submit his own completed application to proceed *in forma pauperis* and return the properly completed application to the district court. The application must be signed and notarized in accordance with Administrative Order and accompanied by a copy of the plaintiff's current trust account statement. The plaintiff's submission must be received in this court within **30 days** of the date this order is entered on the docket. The submission must include the docket number assigned to this case, **No. 3:14-cv-1269**.

Mr. Searcy is forewarned that failure to comply with this order within the time frame specified, or request an extension of the deadline before it expires, will result in the dismissal of his claims for failure to prosecute and failure to comply with the court's order, and the filing fee will be assessed against him anyway.

It is so **ORDERED**.

                                                            _____
                                                            TODD CAMPBELL
                                                            United States District Judge